VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

July 20, 2026

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: *Trs. of the New York City District Council of Carpenters Pension Fund, et al. v. Infinite Flooring, Inc., et al,* Case no. 26-CV-01852 (RA)**

Dear Judge Abrams:

This firm represents the Plaintiffs in the above-referenced action. Plaintiffs write jointly with Defendants, represented by Littler Mendelson P.C. We write to inform the Court that the parties are engaged in settlement discussions, and to respectfully request that the Court stay discovery and related deadlines for a limited 60-day period of time to allow those discussions to proceed. This is the parties' first such request.

The parties engaged in a settlement conference before Judge Figueredo on July 8, 2026; a second follow-up conference is scheduled for September 10, 2026. The parties have exchanged limited documents relevant to settlement but anticipate that engaging in full discovery during this period would only serve to entrench them in adversarial positions and burden the parties' resources in a manner that would be counter-productive to ongoing settlement discussions.

The current deadline for the completion of fact discovery is August 21, 2026, and a post-discovery conference is scheduled for September 4, 2026 at 1:00pm. The parties respectfully request that the Court stay discovery through September 11, 2026, which is sixty days from today and follows the next-scheduled settlement conference in this matter. This stay would extend the close of discovery through October 20, 2026 and would require an adjournment of the post-discovery conference and adjournment of related pre-trial deadlines. A proposed revised scheduling order is annexed hereto as **Exhibit A**.

We will promptly advise the Court of any material developments in the parties' settlement discussions. If settlement discussions are unsuccessful, the parties are committed to proceeding with discovery as directed by the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

VIRGINIA & AMBINDER LLP
*ATTORNEYS FOR PLAINTIFFS*

/s/
BY: MAURA MOOSNICK, ESQ.

LITTLER MENDELSON, P.C.
*ATTORNEYS FOR DEFENDANTS*

/s/
BY: SARAH BRYAN FASK, ESQ.
CAITLIN O'HARE, ESQ.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
July 21, 2026