VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

September 4, 2026

**VIA ECF**

Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** ***Trs. of the New York City District Council of Carpenters Pension Fund, et al. v. Infinite Flooring, Inc., et al,* Case no. 26-CV-01852 (RA)**

Dear Judge Figueredo:

This firm represents the Plaintiffs in the above-referenced action. Plaintiffs write jointly with Defendants, represented by Littler Mendelson P.C., pursuant to Rule I(e) of the Court's individuals rules in civil cases, to request an adjournment of the settlement conference scheduled for September 10, 2026. The parties have reached an agreement in principle, which was approved by the Plaintiff Trustees. The agreement is pending execution; it provides for all terms to be met by September 10, 2026. To allow such to occur without a further expenditure of the parties' resources or the Court's resources, we respectfully request an adjournment of the conference. This is the first request for an adjournment of this conference.

The parties propose September 15 or 24, 2026 as alternative dates for the rescheduled conference, but are optimistic that the conference will not be necessary and that the action will be dismissed prior to the adjourned date.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

VIRGINIA & AMBINDER LLP
*Attorneys for Plaintiffs*

/s/
BY: Maura Moosnick, Esq.

LITTLER MENDELSON, P.C.
*Attorneys for Defendants*

/s/
BY: Sarah Bryan Fask, Esq.
Caitlin O'Hare, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 9, 2026**

The conference is hereby ADJOURNED. The parties are directed to provide a status update to the court by **Friday, September 18, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 31.